seungleeind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE, <br><br> Defendant. | CRIMINAL CASE NO. 06-00011 <br><br> **INDICTMENT** <br><br> **ATTEMPTED ILLEGAL RE-ENTRY OF REMOVED ALIEN** <br> [8 U.S.C. §§ 1326(a) and (b)(2)] <br> **PRESENTATION OF IMMIGRATION DOCUMENT CONTAINING FALSE STATEMENT** <br> [8 U.S.C. § 1546(a) & 18 U.S.C. § 2] |

THE GRAND JURY CHARGES:

**COUNT I - ATTEMPTED ILLEGAL RE-ENTRY OF REMOVED ALIEN**

On about February 25, 2006, in the District of Guam, the defendant SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE, an alien, unlawfully and intentionally attempted to enter the United States after having been removed and deported from the United States on about August 25, 1999, at El Centro, California, after having been convicted of aggravated felony offenses, to wit: First Degree Residential Burglary on about June 19, 1998, in the Municipal

1

Court of South Bay Judicial District, County of Los Angeles, State of California, in violation of Section 459 of the California Statutes; and Possession and Sale of a Controlled Substance, on about July 8, 1998, in the Municipal Court of California, County of Los Angeles, State of California, in violation of Section 11378 of the California Statutes; and that prior to his re-embarkation from a place outside the United States, the defendant SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE, knew he had not received the consent of the Attorney General of the United States to reapply for admission and to enter the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

### COUNT II - PRESENTATION OF IMMIGRATION DOCUMENT CONTAINING FALSE STATEMENT

On or about the 25th day of February 2006, in the District of Guam, the defendant SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE, did knowingly present to Customs and Border Protection a document required by the Immigration laws, or regulations prescribed thereunder, to wit: an Immigration and Naturalization Service Document, Form I-736, containing a statement which SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE, knew then and there was false, to wit: a written statement by SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE representing that he had never been convicted of an offense when in fact SEUNG JE LEE aka JASON LEE aka SANG YOON RHEE was previously convicted of the offenses of First Degree Residential Burglary on about June 19, 1998, in the Municipal Court of South Bay Judicial District, County of Los Angeles, State of California, in violation of Section 459 of the California Statutes; and Possession and Sale of a Controlled Substance, on about July 8, 1998, in

//
//
//
//
//

the Municipal Court of California, County of Los Angeles, State of California, in violation of Section 11378 of the California Statutes, in violation of 18 U.S.C. § 1546(a) and 18 U.S.C. § 2.

DATED this 8 day of March, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

3