**Criminal Case Cover Sheet**       **U.S. District Court**

**Place of Offense:**
City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00011**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name ___SEUNG JE LEE___

Alias Name ___Jason Lee aka Sang Yoon Rhee___

Address ___Korea___

Birthdate _1977_ SS# _None_ Sex _M_ Race _A_ Nationality _Korean_

RECEIVED MAR - 8 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA ___Rosetta San Nicolas___

Interpreter: _X_ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _1_    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) & (b)(2) | Attempted Illegal ReEntry of Removed Alien | 1 |
| Set 2 | 18 USC 1546(a) | Presenting of Immigration Document (and False Statet) | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____ Signature of AUSA: _____